FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Javier NEVAREZ-Ortiz,<br><br>    Defendant. | '07 MJ 8878<br>Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about October 27, 2007, within the Southern District of California, defendant Javier NEVAREZ-Ortiz did knowingly and intentionally import approximately 40.30 kilograms (88.66 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Paul Lewenthal, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF OCTOBER, 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I, Special Agent Paul Lewenthal, declare under penalty of perjury, the following is true and correct:

On 10/27/07, Javier NEVAREZ-Ortiz entered the United States through the Calexico, California East Port of Entry. NEVAREZ was the driver and registered owner of a 1998 Chevrolet Malibu, bearing BA/MX license plate 8EF5550. U.S. Customs and Border Protection Officers discovered 28 packages concealed within the rear doors and rear bumper of NEVAREZ'S vehicle. One package was probed producing green leafy substance that field tested positive for marijuana. The 28 packages were removed and weighed. The total weight of the marijuana packages was 40.3 kilograms (88.66 Lbs.)

NEVAREZ was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. NEVAREZ acknowledged and waived his Miranda Rights and admitted knowledge of smuggling the marijuana in the vehicle. NEVAREZ stated that he was going to be paid $1,600 to cross the marijuana-laden vehicle into the United States. NEVAREZ was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on 10/28/07 (date) at 1450 (time)

SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 27, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

United States Magistrate Judge      10/28/07  6:00pm
                                    Date/Time