**HEATHER R. ROGERS**
California State Bar No. 229519
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
e-mail: heather_rogers@fd.org

Attorneys for Mr. Nevarez-Ortiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAVIER NEVAREZ-ORTIZ, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07mj8878 <br><br> **PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: October 30, 2007            *s/ Heather R. Rogers*
                                   **HEATHER R. ROGERS**
                                   Federal Defenders
                                   225 Broadway, Suite 900
                                   San Diego, CA 92101-5030
                                   (619) 234-8467 (tel)
                                   (619) 687-2666 (fax)
                                   e-mail: heather_rogers@fd.org