**FILED**
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAVIER NEVAREZ-ORTIZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. 07CR3200-DMS <br><br> I N F O R M A T I O N <br><br> Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about October 27, 2007, within the Southern District of California, defendant JAVIER NEVAREZ-ORTIZ, did knowingly and intentionally import approximately 40.30 kilograms (approximately 88.66 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 27, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
11/27/07