AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

Javier Nevarez Ortiz

WAIVER OF INDICTMENT

CASE NUMBER: 07CR3200-DMS

I, _Javier Nevarez Ortiz_, the above named defendant, who is accused of

_Importation of Marijuana_
_21 USC 952, 960_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/27/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT
BY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer